DocuSign Envelope ID: AECF84F5689BD24D67A023232ABDA979D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 APR 20  AM 10: 14

Eric T. Baker

_____

Write the full name of each plaintiff.

-against-

Yale Law School

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
42 U.S.C. §§ 2000d to 2000d-7, and to assur(e) that public dollars, drawn from the tax

contributions of all citizens, do not serve to finance the evil of private prejudice."

City of Richmond v. J.A. Croson Co., 488 U.S. 469, 492 (1989)

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                 (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Eric | T. | Baker |
|---|---|---|
| First Name | Middle Initial | Last Name |

**701 W. 175th Street, 4K**
Street Address

| New York | NY | 10033 |
|---|---|---|
| County, City | State | Zip Code |

| (929)366-9292 | baker.eric@live.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Yale Law School · Miriam F. Ingber
First Name                 Last Name

Associate Dean of Admissions & Financial Aid
Current Job Title (or other identifying information)

127 Wall Street
Current Work Address (or other address where defendant may be served)

New Haven                        CT                 06511
County, City                     State              Zip Code

Defendant 2:

First Name                 Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                     State              Zip Code

Defendant 3:

First Name                 Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                     State              Zip Code

**Defendant 4:**

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **Email Correspondence**

Date(s) of occurrence: **12/8/2021**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

see attached document

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 04/15/2022 | | *Eric T. Baker* (DocuSigned) |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Eric | T. | Baker |
| First Name | Middle Initial | Last Name |

701 W. 175th Street, 4K
Street Address

| New York | NY | 10033 |
|---|---|---|
| County, City | State | Zip Code |

| (929)366-9292 | baker.eric@live.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

04/15/2022

Eric T. Baker

Eric T. Baker v. Yale Law School

COMPLAINT

Plaintiff, Eric T. Baker, alleges as follows:

INTRODUCTION

Eric T. Baker, Pro Se, brings this action to enforce Title VI of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000d to 2000d-7, and to "assur[e] that public dollars, drawn from the tax contributions of all citizens, do not serve to finance the evil of private prejudice." City of Richmond v. J.A. Croson Co., 488 U.S. 469, 492 (1989) (plurality opinion).

WHEREFORE, Eric T. Baker prays that the Court grant the following relief:

(a) A declaratory judgment, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, from the Court that Yale's admissions policies and procedures violate Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq.;

(b) A rescind of Yale Denial as it pertains to YLS admittance

(c) A damages award to the plaintiff, Eric T. Baker; and

(d) All other relief as the interests of justice require.

JURY DEMAND

Case 1:22-cv-03222-UA   Document 1   Filed 04/20/22   Page 9 of 10

Plaintiff Eric T. Baker hereby demands a jury trial of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

**I certify under penalty of perjury** that the foregoing is true and correct.

| | | |
|---|---|---|
| Eric T. Baker | *Eric T. Baker* (DocuSigned, 03EF2A2BD4A9498...) | 4/15/2022 |
| Print / Signature | | Date |

"Until you make your sub-conscious, conscious, you will never be making your own decisions" – Er Bak.

Eric T. Baker
701 W. 175th St, Apt 4L
New York, NY 10033

Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

RECEIVED APR 20 2022 PRO SE OFFICE

USMS SDNY